AO91 (Rev. 12/03)  Criminal Complaint                                                                                    AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas Brownsville Division

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>vs.<br>Gerson Anibal FUENTES-Orosco<br>A203 488 077  Guatemala | **CRIMINAL COMPLAINT**<br><br>Case Number:  1:19-po-1889 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  March 27, 2019  in  Cameron  County, in the  Southern District Of Texas  defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title  8  United States Code, Section(s)  1325(a)(1)

I further state that I am a(n)  Border Patrol Agent  and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on March 27, 2019. The defendant is a citizen of Guatemala who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on March 27, 2019 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/S/  Mora, Sergio A.  Border Patrol Agent
Signature of Complainant

Mora, Sergio A.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 29, 2019                                                                       at        Brownsville, Texas
Date                                                                                                       City/State

Ignacio Torteya III                    U.S. Magistrate Judge
Name of Judge                          Title of Judge                                   Signature of Judge